UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS ARNAUD, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> - against - <br><br> DOCTOR'S ASSOCIATES, INC. d/b/a SUBWAY, <br><br> *Defendant*. | Case No. 1:18-cv-03703-NGG-SJB |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Doctor's Associates, Inc. d/b/a Subway ("Subway") hereby appeals to the United States Court of Appeals for the Second Circuit from the entirety of the Court's Order entered in this action on September 10, 2019, (a true and correct copy of which is attached as Exhibit A hereto) denying Subway's Motion to Compel Arbitration and Stay Action.

Dated: September 20, 2019

/s/ *Ian C. Ballon*
Ian C. Ballon

Ian C. Ballon (admitted *pro hac vice*)
Lori Chang (admitted *pro hac vice*)
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Email: changl@gtlaw.com
Tel: (310) 586-7700
Fax: (310) 586-7800

Will Wargo
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
Email: wargow@gtlaw.com
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Defendant Doctor's Associates, Inc. d/b/a Subway*